**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  REESTABLISHMENT OF THE : NO. 476
MAGISTERIAL DISTRICTS WITHIN THE :
4th JUDICIAL DISTRICT OF THE : MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA :

**ORDER**

**PER CURIAM**

AND NOW, this 16th day of May 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 4th Judicial District (Tioga County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Tioga County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

Magisterial District 04-3-01                          Brookfield Township
Magisterial District Judge James R. Edgcomb          Clymer Township
                                                      Deerfield Township
                                                      Elkland Borough
                                                      Farmington Township
                                                      Jackson Township
                                                      Knoxville Borough
                                                      Lawrenceville Borough
                                                      Lawrence Township
                                                      Nelson Township
                                                      Osceola Township
                                                      Tioga Borough
                                                      Tioga Township
                                                      Westfield Borough
                                                      Westfield Township

Magisterial District 04-3-02  
Magisterial District Judge Robert L. Repard

Liberty Borough  
Wellsboro Borough  
Charleston Township  
Chatham Township  
Delmar Township  
Duncan Township  
Elk Township  
Gaines Township  
Liberty Township  
Middlebury Township  
Morris Township  
Shippen Township

Magisterial District 04-3-03  
Magisterial District Judge Tiffany L. Cummings

Blossburg Borough  
Mansfield Borough  
Roseville Borough  
Bloss Township  
Covington Township  
Hamilton Township  
Putnam Township  
Richmond Township  
Rutland Township  
Sullivan Township  
Union Township  
Ward Township